UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROPER,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC,<br><br>    Defendant. | Case No. 2:25-cv-02623-SB-BFM<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff William Roper's claims against Defendant Kaiser Foundation Health Plan, Inc. are dismissed without prejudice.

    This is a final judgment disposing of this entire action.

Date: December 29, 2025

                                                  Stanley Blumenfeld, Jr.
                                          United States District Judge